CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315-234-8590

May 27, 2004

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E. Suite 2-301
Washington, D.C.  20544

Re: <u>2003 Financial Disclosure Report</u>

Dear Judge Lisi:

In response to your correspondence of May 19, 2004 concerning my 2003 Financial Disclosure Report dated March 26, 2004, please be advised as follows.

(1) Part VII, page 2, line 36 listed on my March 26, 2004 report for the year 2003 "Zimmer Common" was owned in 2002 and was exempt from disclosure because its value at that time was below the report threshold.  I should have inserted a parenthetical " (X)" along side the asset name in my year 2003 report, and beg your indulgence for not doing so, and ask your permission to so amend my 2003 report in this manner ex *post facto.*

(2) Part VII, page 2 line 24 in my 2002 report listed as "ML Floating Rate Fund" reported cash held by my broker Merrill Lynch in my IRS account at the end of the year 2002.  During the year 2003 I closed out my Merrill Lynch brokerage IRA account and transferred all assets therein to an UBS brokerage account.  I inadvertently neglected to list cash held in my UBS IRA account at the end of the year 2003, and hereby amend my 2003 return to set forth at Part VII, page 2, line 27 "UBS Bank USA Dep. Acct." The gross value at the end of the 2003 reporting period as set forth in Part VII, Col. C "1", page 2, line 20 is not changed.

Very truly yours,

NEAL P. McCURN
SENIOR U.S. DISTRICT JUDGE

NPMcC:jw

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  MCCURN, NEAL P | 2. Court or Organization  US DISTRICT COURT NDNY | 3. Date of Report  3/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  P.O. BOX 7365  100 S. CLINTON ST  SYRACUSE, NY 13261-7365 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Visitors | Syracuse University College of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 12 A 10: 2... FINANCIAL DISCLOSURE C...

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | NY State Employees Retirement System | 2,551 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Acct. # 1 -(Common Stocks): | | | | | | | | | |
| 2. AT & T | A | DIV | J | T | | | | | |
| 3. AT&T Wireless Serv., Inc | | None | J | T | | | | | |
| 4. QWEST | | None | J | T | | | | | |
| 5. Bell South | A | DIV | K | T | | | | | |
| 6. SW Bell | A | DIV | K | T | | | | | |
| 7. Salomon Bros. Fund Inc. | A | Div | | | Sold | 6/27 | K | | |
| 8. | | | | | | | | | |
| 9. EOG Res. Inc | A | Dividend | J | T | | | | | |
| 10. Ingersol Rand Co. (See Part VIII) | A | Dividend | J | T | | | | | |
| 11. US Savings Bonds | | None | K | T | | | | | |
| 12. MUTUAL FUNDS: | | | | | | | | | |
| 13. Manhatten (Neuburger) | A | DIV | | | Sold | 5/30 | L | | |
| 14. Inter. Fund (Neuburger) | A | Dividend | | | Sold | 5/30 | J | | |
| 15. Millenium Fund (Neuburger | | None | | | Sold | 5/30 | J | | |
| 16. Dryfus Emer.LDR Fund | A | Dividend | K | T | | | | | |
| 17. Dryfus Midcap Value Fund | A | Dividend | K | T | | | | | |
| 18. Dryfus Appreciation Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Franklin NY Tx Free | D | DIV | | | Sold | 3/20 | M | C | |
| 20. UBS IRA ACCT: (Aggregate) (Common Stocks): | E | Div&Int | N | T | | | | | |
| 21. WYETH (Successor to Amer. Home Prod-Stock) | | | | | | | | | |
| 22. Bristol Myers | | | | | | | | | |
| 23. Ivt. Rem. I Sys. (X) | | | | | | | | | value end 2003 less than $1,000 |
| 24. Merck & Co. (see Part VIII) | | | | | | | | | |
| 25. New Econ. Fund | | | | | | | | | |
| 26. Boston Sci. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. Home Depot | | | | | | | | | |
| 29. Halliburton Com | | | | | | | | | |
| 30. Lilly Eli & Co (see Part VIII) | | | | | | | | | |
| 31. Philips Pet Com Stock | | | | | | | | | |
| 32. Simon Prop Group-REIT | | | | | | | | | |
| 33. UTD DOM Realty REIT | | | | | | | | | |
| 34. Target Co. (See Part VIII) | | | | | | | | | |
| 35. Time Warner (formerly AOL-Time-Warner | | | | | | | | | |
| 36. Zimmer Common | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 3/26/2004 |

## VII · INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. BROKERAGE ACCOUNT: (Stock & Bonds) | | | | | | | | | |
| 38. Hewlett Parckard | A | Dividend | J | T | | | | | |
| 39. US Treas. Notes | A | Interest | | | Sell | 10/15 | J | | |
| 40. NYS Urban Dev. Corp Bond | A | Interest | J | T | | | | | |
| 41. Gen Motors Accpt Bond | B | Interest | | | Sell | 10/15 | K | | |
| 42. NM BK of NY Bond | A | Interest | | | Redemption | 5/28 | J | A | |
| 43. BioTech HLDRS Dep Rcpts | | None | K | T | | | | | |
| 44. REN RE Holdings Bond | B | Interest | | | Sell | 9/29 | J | | |
| 45. BROKERAGE ACCT. (Common Stocks): | | | | | | | | | |
| 46. Eastman Chemical | A | Dividend | J | T | | | | | |
| 47. Eastman Kodak | A | Dividend | J | T | | | | | |
| 48. Amer.Elect.PowerCo. | B | Dividend | K | T | | | | | |
| 49. Genesee Corp. (X) (See Part VIII) | | None | J | T | | | | | |
| 50. IBM | A | Dividend | K | T | | | | | |
| 51. Motorola | A | Dividend | J | T | | | | | |
| 52. SunMicrosystems, Inc. | | None | J | T | | | | | |
| 53. Lilly, Eli (X) (See Part VIII) | A | Dividend | K | T | | | | | now at pg 2 #30 |
| 54. Merck Co. (X) (See Part VIII) | A | Dividend | K | T | | | | | now at pg 2 #24 |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. YUM Brands Inc. | | None | J | T | | | | | |
| 56. AT&T Wireless Serv.Inc - (X) (see Part VIII) | | | | | | | | | |
| 57. LSI Logis. - Stock | | None | J | T | | | | | |
| 58. XEROX | A | Dividend | J | T | | | | | |
| 59. Syracuse Police Fed. Cr. Union | B | Dividend | K | T | | | | | |
| 60. M & T Bank Syracuse | A | Interest | J | T | | | | | |
| 61. Intuitive Surgical - Stock | | None | J | T | | | | | |
| 62. ITO YOKADO Ltd Dep Rec | A | Dividend | | | Sell | 5/22 | J | | |
| 63. COMMON STOCKS: | | | | | | | | | |
| 64. Pfizer, Inc. - See Part VIII | A | Dividend | J | T | | | | | |
| 65. First Busey Corp | A | Dividend | J | T | Buy | 8/13 | J | | |
| 66. Comcast - See Part VIII | A | Dividend | J | T | | | | | |
| 67. Lucent Tech - See Part VIII | | None | J | T | | | | | |
| 68. UBS IRA ACCT: (See Part VIII) | | | | | | | | | |
| 69. GMAC Bond | | | | | | | | | |
| 70. Ford Motor Credit Co Bond | | | | | | | | | |
| 71. VODA Phone Group Bond | | | | | | | | | |
| 72. BROKERAGE ACCOUNTS: (See Part VIII) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Campbell Strategic Allocation Fund | C | Dividend | M | T | Buy | 10/31 | M | . | |
| 74. UBS M2 Fund | A | Dividend | L | T | Buy | 6/10 | L | . | |
| 75. Conagra Foods Common Stock | A | Dividend | J | T | Buy | 8/15 | J | | |
| 76. PIMCO Mun. Inc. Fund -      See Part VIII | A | Dividend | K | T | Buy | 6/25 | K | | |
| 77. PIMCO Mun.Inc.Fund - | A | Dividend | | | Sell | 8/13 | K | B | |
| 78. Franklyn NY Intermediate Term Tax Free Class A | D | Dividend | M | T | Buy | 3/20 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCURN, NEAL P | 3/26/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII, page 1, #10 of this report listed incurrectly at page 3, #54 of 2002 report

VII, page 2, #27 of this report incorrectly listed at page 2, #27 of 2002 report - now correctly listed at page 1 at #10 of this report

VII, page 2, #30 of this report listed incorrectly at page 3, #53 of 2002 report

VII, page2, # 34, neglected to list this in past reports - purchased in 2001

VII, page 3, #49, liquidating distributions have reduced value to less than $1,000

VII, page 4, #56 - duplicate of VII, page 1, # 2

VII, page 4, #64 - transferred from IRA Acct 12/16/99 - neglected to report prior to this year

VII, page 4, #66 - spinoff from AT&T 11/25/02 - neglected to report in 2002 report

VII, page 4, #67 - spinoff from AT&T - neglected to report in 2002 report

VII, page 4, #68 - additional investment asset #'s 69, 70 & 71 not heretofore listed in IRA aggregate account at page 2, #20 of Part VII

VII, page 4, #72 - additions in 2003

VII, page 4, #76 - neglected to report purchse in 2002 report (reported sale in 2003 report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCURN, NEAL P | 3/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date _4-6-04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544